FILED
2010 Jan-12 PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$7,002.00 IN UNITED STATES, )<br>CURRENCY, )<br>)<br>Defendant. ) | Case No. 2:09-CV-02599-RDP |

**WARRANT FOR ARREST AND NOTICE**

TO:  THE UNITED STATES MARSHAL
     NORTHERN DISTRICT OF ALABAMA

WHEREAS, a verified Complaint for Forfeiture was filed on December 29, 2009, in the United States District Court for the Northern District of Alabama by the United States Attorney for the Northern District of Alabama against the above-described properties for the reasons and causes stated in said Complaint for Forfeiture in Rem, alleging that the named defendant properties were involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956(a)(2)(A) and 18 U.S.C. § 1084(a) and, therefore, are subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C).  The United States further

represents that the defendant properties are within the Government's possession, custody or control.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize said properties, and to maintain custody of same, as provided by 19 U.S.C. § 1605 until further order of this Court respecting the same. The United States Marshals Service, or its designated agent, shall use its discretion and whatever means appropriate to protect and maintain all defendant properties.

A RETURN OF THIS WARRANT shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed, and a statement as to the satisfaction of the orders issued herein.

NOTICE OF THIS ACTION shall be sent by means reasonably calculated to reach each potential claimant in accordance with Rule G(4)(b)(iii), Supplemental Rules For Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure ("the Supplemental Rules").

AND YOU ARE FURTHER ORDERED TO PUBLISH on an official internet government forfeiture site (www.forfeiture.gov) notice to all persons of this action and the procedures to be followed for making a claim as described in this warrant. Said notice by publication shall be made for at least thirty (30) days on said website in accordance with Supplemental Rule G(4)(a)(iv)(C).

AND UPON APPLICATION of the plaintiff, United States of America, and pursuant to the All Writs Act, 28 U.S.C. §1651(a), the Court shall issue any order necessary to effectuate and prevent the frustration of the execution of this warrant;

ALL PERSONS CLAIMING AN INTEREST in said properties shall file their claims within thirty-five (35) days after the execution of process or no later than sixty (60) days after the first day of publication on an official internet government forfeiture site (www.forfeiture.gov), or within such additional time as may be allowed by the court, pursuant to Rule G of the Supplemental Rules, and shall serve and file their answers within twenty (20) days after the filing of the claim with the Office of the Clerk, United States District Court, Northern District of Alabama, with a copy thereof sent to:

>  Joyce White Vance
>  United States Attorney
>  Attention: Davis A. Barlow
>  Special Assistant U.S. Attorney
>  1801 Fourth Avenue North
>  Birmingham, Alabama 35203

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), Sections 1316.71-1316.81. All persons and entities who have an interest in the defendant properties may, in addition to filing a claim or in lieu of the filing of a

claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

Dated this 12th day of Jan., 2010.

SHARON HARRIS
Clerk
United States District Court
Northern District of Alabama

By: *Antionette Carter*
Deputy Clerk