

DEPARTMENT OF THE TREASURY
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| Plaintiff<br>**United States of America** | Court Case Number<br>2:09-CV-02599-RDP |
|---|---|
| Defendants<br>$7,002.00 in United States Currency | Type of Process<br>Notice/Complaint |

| SERVE<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>Courtney Cox |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>371 Country Hills Lane, Sterrett, AL 35147 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
|---|---|---|
| Joyce White Vance, U.S. Attorney<br>James D. Ingram, AUSA<br>1801 4th Avenue North<br>Birmingham, AL 35203 | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers and Estimated Times Available for Service)
CATS# 10-USS-000086

Please serve on individual listed above via certified mail.  Please return one signed copy to SAUSA Barlow.

| Signature of Attorney or other Originator requesting service on behalf of  (√) Plaintiff<br>( ) Defendant<br>Davis A. Barlow, SAUSA | Telephone No.<br>205-244-2134 | Date<br>1/14/10 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | | DATE |
|---|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED ☐ HAVE LEGAL EVIDENCE OF SERVICE ☐ HAVE EXECUTED AS SHOWN IN "REMARKS" THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☑ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE | ☐ A person of suitable age and discretion then residing in the defendant's usual place of above |
|---|---|
| ADDRESS (Complete only if different than shown above) | DATE OF SERVICE 3/10/10  TIME OF SERVICE 3:44 ☐AM ☑PM<br>SIGNATURE, TITLE AND TREASURY AGENCY  DeShanna Greenhill |

REMARKS:
Attempted via Certified mail. Please see attached Copy of envelope and USPS tracking Showing attempted Service.

TD F 90-22.48 (6/96)

 **UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm          FAC**s**

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 1300 0000 4552 3880**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 1:01 PM on January 25, 2010 in
BIRMINGHAM, AL 35203.

Detailed Results:

- **Delivered, January 25, 2010, 1:01 pm, BIRMINGHAM, AL 35203**
- **Return to Sender, January 21, 2010, 3:53 pm, STERRETT, AL**
- **Refused, January 21, 2010, 3:53 pm, STERRETT, AL 35147**
- **Delivered, January 20, 2010, 9:18 am, STERRETT, AL 35147**
- **Notice Left, January 15, 2010, 10:12 am, STERRETT, AL 35147**

**Track & Confirm**

Enter Label/Receipt Number.

( **Go >** )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( **Go >** )

Site Map     Customer Service     Forms     Gov't Services     Careers     Privacy Policy     Terms of Use     Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA



U.S. Department of Justice

*United States Attorney*
*Northern District of Alabama*
*1801 Fourth Avenue North*
Birmingham, Alabama 35203-2101

Official Business
Penalty for Private Use $300



7008 1300 0000 4552 3880



045.0Z63005
$6.150
01/14/2010
Mailed From 35203



☐ **Undeliverable as Addressed**
☐ **Moved, Left No Address**
☐ Unclaimed
☑ **Refused**
☐ **Attempted, Not Known**
☐ **No Such Street**
☐ **No Such Number**
☐ **No Receptacle**
☐ **Deceased**
☐ **Vacant**

Courtney Cox
371 Country Hills Lane
Starrett, AL 35147

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:09-CV-02599-RDP |
| | ) | |
| $7,002.00 IN UNITED STATES, | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF COMPLAINT FOR FORFEITURE**

*TO:*   *Courtney Cox*
*371 Country Hills Lane*
*Sterrett, AL 35147*

On December 29, 2009, the United States of America filed a civil complaint in the United States District Court for the Northern District of Alabama seeking forfeiture of the named defendant property under 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C).  The complaint alleges that, for the causes stated in the complaint, said property is subject to forfeiture to the United States.

In order to avoid forfeiture of the property, any person asserting an interest in the defendant property must file a verified claim identifying that interest in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure.  Such claims must be filed not later than 35 days after the date the complaint and notice were sent,

as shown below.  A claim filed by a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.  In addition, any person having filed such a verified claim shall also file an answer to the complaint or a motion under Federal Rule of Civil Procedure 12 not later than 20 days after the filing of the statement.

Claims should be filed with the Office of the Clerk, United States District Court for the Northern District of Alabama, Room 140, U.S. Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama 35203, with a copy thereof sent to Special Assistant United States Attorney Davis A. Barlow, 1801 Fourth Avenue North, Birmingham, Alabama 35203.

Sent this 13th day of January 2010.

Respectfully submitted,

JOYCE WHITE VANCE
United States Attorney
Northern District of Alabama

DAVIS A. BARLOW
Special Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
(205)244-2134

2

**FILED**

2009 Dec-30  AM 10:01
U.S. DISTRICT COURT
N.D OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>SOUTHERN DIVISION</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| $7,002.00 IN UNITED STATES, | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>VERIFIED COMPLAINT FOR FORFEITURE IN REM</u>

Comes now the United States of America, by and through its counsel, Joyce White Vance, United States Attorney for the Northern District of Alabama, and Davis A. Barlow, Special Assistant United States Attorney, and respectfully presents to this Court the following:

1. That this is a civil action for the forfeiture of $7,002.00 in United States Currency (hereinafter "Defendant Currency") pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C) for violations of 18 U.S.C. § 1956(a)(2)(A) and 18 U.S.C. 1084(a), respectively.

2. That this Court has jurisdiction over this subject matter pursuant to 28 U.S.C. §§ 1345 and 1355(a).

3. That this Court has *in rem* jurisdiction over the Defendant Currency

pursuant to 28 U.S.C. §§ 1355(b) and (d).

4. That this Court has venue over this action pursuant to 28 U.S.C. §§ 1355 and 1395(a) and (b).

5. That an investigation conducted by the United States Secret Service (USSS), has revealed the following:

(a)     On or about September 17, 2004, Chad Cox and Courtney Cox opened Regions Bank account number ****1757 at the Regions' Riverchase Branch in Birmingham, Alabama.   Chad Cox and Courtney Cox are the co-owners of the account.

(b)     On or about July 20, 2009, Chad Cox received a wire transfer into the Regions Bank account number ****1757.  The wire transfer was from an entity named Sphene International Limited (hereinafter "Sphene"), located in Gibraltar, a self-governing British overseas territory, and was in the amount of $7,002.00.

(c)     In November 2009, the USSS became aware of the wire transfer and initiated an investigation.

(d)     During the course of the investigation, the USSS determined that Sphene, located in Gibraltar, is a company operating outside of the United States which is connected with and involved in the business of internet gambling. Specifically it was determined that Sphene is or has been involved in transferring

2

funds for on-line poker websites.

(e)     On Tuesday, November 3, 2009, a federal seizure warrant was executed

on Regions Bank account number ****1757, resulting in the seizure of the Defendant

Currency.

6.     The Defendant Currency represents proceeds of violations of 18 U.S.C.

§ 1084(a), unlawful transmission of wagering information, and is therefore subject

to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

7.     The Defendant Currency represents property involved in a transaction

or attempted transaction in violation of 18 U.S.C. § 1956(a)(2)(A), and is therefore

subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

8.     That the Defendant Currency is within the jurisdiction of the United

States District Court for the Northern District of Alabama.

9.     That the names and addresses of possible claimants known to the

Plaintiff are as follows:


Chad Cox                                 Chad Cox and Courtney Cox
c/o Edward L. Hardin, Jr.                2541 Bluebird Lane
William J. Long, IV                      Mobile, AL 36695
Burr & Forman, LLP
420 N. 20th St., Suite 3400
Birmingham, AL 35203

Chad Cox and Courtney Cox
371 Country Hills Lane
Sterrett, AL 35147

WHEREFORE, the Plaintiff requests that due notice issue to enforce the
forfeiture and to give notice to all interested parties to appear and show cause why the
forfeiture should not be decreed; and requests that the Defendant Currency be
condemned and forfeited to the United States of America for a disposition according
to law; and for such other and further relief as this Court may deem just and proper.

JOYCE WHITE VANCE
United States Attorney

DAVIS A. BARLOW
Special Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2134

4

## VERIFICATION

I, ZURI V. STOKES, am a Special Agent for the United States Secret Service

(USSS), and the agent assigned the responsibility for this case.

I have read the contents of the foregoing Complaint for Forfeiture *In Rem*, and

the statements contained therein are true to the best of my knowledge and belief, and

I base my knowledge for this verification of the Complaint for Forfeiture *In Rem* on

the following:

(a) Information given to me by other law enforcement officers who
have participated in the investigation of Chad Cox, Sphene
International Limited and the seizure of the Defendant Currency;

(b) My participation in the investigation of Chad Cox, Sphene
International Limited and the seizure of the Defendant Currency in
this action;

(c) My experience in investigations of illegal wire transfers and the
experience of other law enforcement officers related to illegal wire
transfers.

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the

foregoing is true and correct.

Executed on this __17__ day of December, 2009.

_____
ZURI V. STOKES
Special Agent
United States Secret Service

5



DEPARTMENT OF THE TREASURY
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| Plaintiff<br>**United States of America** | Court Case Number<br>2:09-CV-02599-RDP |
|---|---|
| Defendants<br>$7,002.00 in United States Currency | Type of Process<br>Notice/Complaint |

| SERVE<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br><br>Chad Cox |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>371 Country Hills Lane, Sterrett, AL 35147 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | NUMBER OF PROCESS TO BE SERVED IN THIS CASE |
|---|---|
| Joyce White Vance, U.S. Attorney<br>James D. Ingram, AUSA<br>1801 4th Avenue North<br>Birmingham, AL 35203 | NUMBER OF PARTIES TO BE SERVED IN THIS CASE |
| | CHECK BOX IF SERVICE IS ON USA |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available for Service)
CATS# 10-USS-000086

Please serve on individual listed above via certified mail.  Please return one signed copy to SAUSA Barlow.

| Signature of Attorney or other Originator requesting service on behalf of ( ✓ ) Plaintiff<br>( ) Defendant<br><br>*Davis A. Barlow, SAUSA* | Telephone No.<br><br>205-244-2134 | Date<br><br>1/14/10 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| sl acknowledge receipt for the total<br>number of process indicated | District of Origin<br>No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT ☐ PERSONALLY SERVED ☐ HAVE LEGAL EVIDENCE OF SERVICE ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☑ HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE | ☐ A person of suitable age and discretion then residing in the defendant's usual place of above |
|---|---|

| ADDRESS (Complete only if different than shown above) | DATE OF SERVICE<br>3/10/10 | TIME OF SERVICE<br>3:46 | ☐ AM<br>☑ PM |
|---|---|---|---|

SIGNATURE, TITLE AND TREASURY AGENCY  *DiShanna Greenhill*

REMARKS:  Attempted via Certified mail. Please see attached copy of envelope and USPS tracking showing attempted service.

TD F 90-22.48 (6/96)

**UNITED STATES**
**POSTAL SERVICE**

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7008 1300 0000 4552 3873
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 1:01 PM on January 25, 2010 in
BIRMINGHAM, AL 35203.

**Track & Confirm**

Enter Label/Receipt Number.

( *Go >* )

Detailed Results:

• **Delivered, January 25, 2010, 1:01 pm, BIRMINGHAM, AL 35203**
• **Return to Sender, January 21, 2010, 3:53 pm, STERRETT, AL**
• **Refused, January 21, 2010, 3:53 pm, STERRETT, AL 35147**
• **Delivered, January 20, 2010, 9:18 am, STERRETT, AL 35147**
• **Notice Left, January 15, 2010, 10:12 am, STERRETT, AL 35147**

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( *Go >* )



*e North*
*ma 35203-2101*

7008 1300 0000 4552 3873

01/14/2010

Mailed From 35203

Use $300



☐**Undeliverable as Addressed**
☐**Moved,Left No Address**
☐**Unclaimed**
☑**Refused**
☐**Attempted, Not Known**
☐**No Such Street**
☐**No Such Number**
☐**No Receptacle**
☐**Deceased**
☐**Vacant**

Chad Cox
371 Country Hills Lane
Starrett, AL 35147

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:09-CV-02599-RDP |
| | ) |
| $7,002.00 IN UNITED STATES, | ) |
| CURRENCY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF COMPLAINT FOR FORFEITURE

*TO:*   *Chad Cox*
       *371 Country Hills Lane*
       *Sterrett, AL 35147*

On December 29, 2009, the United States of America filed a civil complaint

in the United States District Court for the Northern District of Alabama seeking

forfeiture of the named defendant property under 18 U.S.C. §§ 981(a)(1)(A) and

(a)(1)(C). The complaint alleges that, for the causes stated in the complaint, said

property is subject to forfeiture to the United States.

In order to avoid forfeiture of the property, any person asserting an interest in

the defendant property must file a verified claim identifying that interest in the

manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. Such claims

must be filed not later than 35 days after the date the complaint and notice were sent,

as shown below.  A claim filed by a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.  In addition, any person having filed such a verified claim shall also file an answer to the complaint or a motion under Federal Rule of Civil Procedure 12 not later than 20 days after the filing of the statement.

Claims should be filed with the Office of the Clerk, United States District Court for the Northern District of Alabama, Room 140, U.S. Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama 35203, with a copy thereof sent to Special Assistant United States Attorney Davis A. Barlow, 1801 Fourth Avenue North, Birmingham, Alabama 35203.

Sent this 13th day of January 2010.

Respectfully submitted,

JOYCE WHITE VANCE
United States Attorney
Northern District of Alabama

DAVIS A. BARLOW
Special Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
(205)244-2134

FILED

2009 Dec-30  AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| $7,002.00 IN UNITED STATES, | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## **VERIFIED COMPLAINT FOR FORFEITURE IN REM**

Comes now the United States of America, by and through its counsel, Joyce White Vance, United States Attorney for the Northern District of Alabama, and Davis A. Barlow, Special Assistant United States Attorney, and respectfully presents to this Court the following:

1.  That this is a civil action for the forfeiture of $7,002.00 in United States Currency (hereinafter "Defendant Currency") pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C) for violations of 18 U.S.C. § 1956(a)(2)(A) and 18 U.S.C. 1084(a), respectively.

2.  That this Court has jurisdiction over this subject matter pursuant to 28 U.S.C. §§ 1345 and 1355(a).

3.  That this Court has *in rem* jurisdiction over the Defendant Currency

pursuant to 28 U.S.C. §§ 1355(b) and (d).

4. That this Court has venue over this action pursuant to 28 U.S.C. §§ 1355 and 1395(a) and (b).

5. That an investigation conducted by the United States Secret Service (USSS), has revealed the following:

(a)  On or about September 17, 2004, Chad Cox and Courtney Cox opened Regions Bank account number ****1757 at the Regions' Riverchase Branch in Birmingham, Alabama. Chad Cox and Courtney Cox are the co-owners of the account.

(b)  On or about July 20, 2009, Chad Cox received a wire transfer into the Regions Bank account number ****1757. The wire transfer was from an entity named Sphene International Limited (hereinafter "Sphene"), located in Gibraltar, a self-governing British overseas territory, and was in the amount of $7,002.00.

(c)  In November 2009, the USSS became aware of the wire transfer and initiated an investigation.

(d)  During the course of the investigation, the USSS determined that Sphene, located in Gibraltar, is a company operating outside of the United States which is connected with and involved in the business of internet gambling. Specifically it was determined that Sphene is or has been involved in transferring

2

funds for on-line poker websites.

(e)     On Tuesday, November 3, 2009, a federal seizure warrant was executed on Regions Bank account number ****1757, resulting in the seizure of the Defendant Currency.

6.     The Defendant Currency represents proceeds of violations of 18 U.S.C. § 1084(a), unlawful transmission of wagering information, and is therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

7.     The Defendant Currency represents property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956(a)(2)(A), and is therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

8.     That the Defendant Currency is within the jurisdiction of the United States District Court for the Northern District of Alabama.

9.     That the names and addresses of possible claimants known to the Plaintiff are as follows:

Chad Cox                              Chad Cox and Courtney Cox
c/o Edward L. Hardin, Jr.             2541 Bluebird Lane
William J. Long, IV                   Mobile, AL 36695
Burr & Forman, LLP
420 N. 20th St., Suite 3400
Birmingham, AL 35203

3

Chad Cox and Courtney Cox
371 Country Hills Lane
Sterrett, AL 35147

WHEREFORE, the Plaintiff requests that due notice issue to enforce the

forfeiture and to give notice to all interested parties to appear and show cause why the

forfeiture should not be decreed; and requests that the Defendant Currency be

condemned and forfeited to the United States of America for a disposition according

to law; and for such other and further relief as this Court may deem just and proper.

JOYCE WHITE VANCE
United States Attorney

DAVIS A. BARLOW
Special Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2134

4

# VERIFICATION

I, ZURI V. STOKES, am a Special Agent for the United States Secret Service

(USSS), and the agent assigned the responsibility for this case.

I have read the contents of the foregoing Complaint for Forfeiture *In Rem*, and

the statements contained therein are true to the best of my knowledge and belief, and

I base my knowledge for this verification of the Complaint for Forfeiture *In Rem* on

the following:

> (a)  Information given to me by other law enforcement officers who
> have participated in the investigation of Chad Cox, Sphene
> International Limited and the seizure of the Defendant Currency;
>
> (b)  My participation in the investigation of Chad Cox, Sphene
> International Limited and the seizure of the Defendant Currency in
> this action;
>
> (c)  My experience in investigations of illegal wire transfers and the
> experience of other law enforcement officers related to illegal wire
> transfers.

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the

foregoing is true and correct.

Executed on this __17__ day of December, 2009.

ZURI V. STOKES
Special Agent
United States Secret Service

5



## DEPARTMENT OF THE TREASURY
*Federal Law Enforcement Agencies*
### *PROCESS RECEIPT AND RETURN*

| Plaintiff<br>**United States of America** | Court Case Number<br>2:09-CV-02599-RDP |
|---|---|
| Defendants<br>$7,002.00 in United States Currency | Type of Process<br>Notice/Complaint |

| SERVE<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br><br>Courtney Cox |
|---|---|
| | ADDRESS (Street or RFD, Apartment No , City, State and Zip Code)<br>2541 Bluebird Lane, Mobile, AL 36695 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
|---|---|---|
| Joyce White Vance, U.S. Attorney<br>James D. Ingram, AUSA<br>1801 4th Avenue North<br>Birmingham, AL 35203 | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | \ |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available for Service)
CATS# 10-USS-000086

Please serve on individual listed above via certified mail.  Please return one signed copy to SAUSA Barlow.

| Signature of Attorney or other Originator requesting service on behalf of ( √ ) Plaintiff<br>( ) Defendant<br><br>*Davis A. Barlow, SAUSA* | Telephone No.<br><br>205-244-2134 | Date<br><br>1/14.10 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated | District of Origin No ____ | District to Serve No | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT ☐ PERSONALLY SERVED ☐ HAVE LEGAL EVIDENCE OF SERVICE ☐ HAVE EXECUTED AS SHOWN IN "REMARKS, THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC , AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☑ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE | ☐ A person of suitable age and discretion then residing in the defendant's usual place of above |
|---|---|

| ADDRESS (Complete only if different than shown above) | DATE OF SERVICE<br>3/10/10 | TIME OF SERVICE<br>3:50 | ☐ AM<br>☑ PM |
|---|---|---|---|
| | SIGNATURE, TITLE AND TREASURY AGENCY<br>*Dr Shanna Greenhill* | | |

REMARKS: Attempted via Certified mail. Please see attached Copy of envelope and USPS tracking Showing attempted service.

**TD F 90-22.48 (6/96)**


**UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7008 1300 0000 4552 3866
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 12:28 PM on February 11, 2010 in BIRMINGHAM, AL 35203.

Detailed Results:

- **Delivered, February 11, 2010, 12:28 pm, BIRMINGHAM, AL 35203**
- **Unclaimed, February 04, 2010, 10:09 am, MOBILE, AL**
- **Notice Left, January 16, 2010, 12:06 pm, ZIP Code 36995**

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( **Go >** )

---

**Track & Confirm**

Enter Label/Receipt Number

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

CERTIFIED MAIL™

7008 1300 0000 4552 3866

UNCLAIMED

Courtney Cox
2541 Bluebird Lane
Mobile, AL 36695

UNCLAIMED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:09-CV-02599-RDP |
| | ) | |
| $7,002.00 IN UNITED STATES, | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF COMPLAINT FOR FORFEITURE</u>

*TO:*   *Courtney Cox*
*2541 Bluebird Lane*
*Mobile, AL 36695*

On December 29, 2009, the United States of America filed a civil complaint in the United States District Court for the Northern District of Alabama seeking forfeiture of the named defendant property under 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C). The complaint alleges that, for the causes stated in the complaint, said property is subject to forfeiture to the United States.

In order to avoid forfeiture of the property, any person asserting an interest in the defendant property must file a verified claim identifying that interest in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. Such claims must be filed not later than 35 days after the date the complaint and notice were sent,

as shown below.  A claim filed by a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.  In addition, any person having filed such a verified claim shall also file an answer to the complaint or a motion under Federal Rule of Civil Procedure 12 not later than 20 days after the filing of the statement.

Claims should be filed with the Office of the Clerk, United States District Court for the Northern District of Alabama, Room 140, U.S. Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama 35203, with a copy thereof sent to Special Assistant United States Attorney Davis A. Barlow, 1801 Fourth Avenue North, Birmingham, Alabama 35203.

Sent this 13th day of January 2010.

Respectfully submitted,

JOYCE WHITE VANCE
United States Attorney
Northern District of Alabama

DAVIS A. BARLOW
Special Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
(205)244-2134

2

FILED

2009 Dec-30  AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| $7,002.00 IN UNITED STATES, | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## **VERIFIED COMPLAINT FOR FORFEITURE IN REM**

Comes now the United States of America, by and through its counsel, Joyce White Vance, United States Attorney for the Northern District of Alabama, and Davis A. Barlow, Special Assistant United States Attorney, and respectfully presents to this Court the following:

1. That this is a civil action for the forfeiture of $7,002.00 in United States Currency (hereinafter "Defendant Currency") pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C) for violations of 18 U.S.C. § 1956(a)(2)(A) and 18 U.S.C. 1084(a), respectively.

2. That this Court has jurisdiction over this subject matter pursuant to 28 U.S.C. §§ 1345 and 1355(a).

3. That this Court has *in rem* jurisdiction over the Defendant Currency

pursuant to 28 U.S.C. §§ 1355(b) and (d).

4. That this Court has venue over this action pursuant to 28 U.S.C. §§ 1355 and 1395(a) and (b).

5. That an investigation conducted by the United States Secret Service (USSS), has revealed the following:

(a)    On or about September 17, 2004, Chad Cox and Courtney Cox opened Regions Bank account number ****1757 at the Regions' Riverchase Branch in Birmingham, Alabama.   Chad Cox and Courtney Cox are the co-owners of the account.

(b)    On or about July 20, 2009, Chad Cox received a wire transfer into the Regions Bank account number ****1757.  The wire transfer was from an entity named Sphene International Limited (hereinafter "Sphene"), located in Gibraltar, a self-governing British overseas territory, and was in the amount of $7,002.00.

(c)    In November 2009, the USSS became aware of the wire transfer and initiated an investigation.

(d)    During the course of the investigation, the USSS determined that Sphene, located in Gibraltar, is a company operating outside of the United States which is connected with and involved in the business of internet gambling. Specifically it was determined that Sphene is or has been involved in transferring

2

funds for on-line poker websites.

(e)     On Tuesday, November 3, 2009, a federal seizure warrant was executed

on Regions Bank account number ****1757, resulting in the seizure of the Defendant

Currency.

6.     The Defendant Currency represents proceeds of violations of 18 U.S.C.

§ 1084(a), unlawful transmission of wagering information, and is therefore subject

to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

7.     The Defendant Currency represents property involved in a transaction

or attempted transaction in violation of 18 U.S.C. § 1956(a)(2)(A), and is therefore

subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

8.     That the Defendant Currency is within the jurisdiction of the United

States District Court for the Northern District of Alabama.

9.     That the names and addresses of possible claimants known to the

Plaintiff are as follows:

Chad Cox                              Chad Cox and Courtney Cox
c/o Edward L. Hardin, Jr.             2541 Bluebird Lane
William J. Long, IV                   Mobile, AL 36695
Burr & Forman, LLP
420 N. 20th St., Suite 3400
Birmingham, AL 35203

Chad Cox and Courtney Cox
371 Country Hills Lane
Sterrett, AL 35147

WHEREFORE, the Plaintiff requests that due notice issue to enforce the

forfeiture and to give notice to all interested parties to appear and show cause why the

forfeiture should not be decreed; and requests that the Defendant Currency be

condemned and forfeited to the United States of America for a disposition according

to law; and for such other and further relief as this Court may deem just and proper.

JOYCE WHITE VANCE
United States Attorney

DAVIS A. BARLOW
Special Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2134

4

# VERIFICATION

I, ZURI V. STOKES, am a Special Agent for the United States Secret Service (USSS), and the agent assigned the responsibility for this case.

I have read the contents of the foregoing Complaint for Forfeiture *In Rem*, and the statements contained therein are true to the best of my knowledge and belief, and I base my knowledge for this verification of the Complaint for Forfeiture *In Rem* on the following:

(a) Information given to me by other law enforcement officers who have participated in the investigation of Chad Cox, Sphene International Limited and the seizure of the Defendant Currency;

(b) My participation in the investigation of Chad Cox, Sphene International Limited and the seizure of the Defendant Currency in this action;

(c) My experience in investigations of illegal wire transfers and the experience of other law enforcement officers related to illegal wire transfers.

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this __17__ day of December, 2009.

ZURI V. STOKES
Special Agent
United States Secret Service

5



## DEPARTMENT OF THE TREASURY
*Federal Law Enforcement Agencies*
### *PROCESS RECEIPT AND RETURN*

| Plaintiff<br>**United States of America** | Court Case Number<br>2:09-CV-02599-RDP |
|---|---|
| Defendants<br>$7,002.00 in United States Currency | Type of Process<br>Notice/Complaint |

| SERVE<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>Chad Cox |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>2541 Bluebird Lane, Mobile, AL 36695 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
|---|---|---|
| Joyce White Vance, U.S. Attorney<br>James D. Ingram, AUSA<br>1801 4th Avenue North<br>Birmingham, AL 35203 | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers and Estimated Times Available for Service)
CATS# 10-USS-000086

Please serve on individual listed above via certified mail.  Please return one signed copy to SAUSA Barlow.

| Signature of Attorney or other Originator requesting service on behalf of ( √ ) Plaintiff<br>( ) Defendant<br>Davis A. Barlow, SAUSA | Telephone No.<br>205-244-2134 | Date<br>1/14/10 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated | District of Origin<br>No. _____ | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC, AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☑ HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE | ☐ A person of suitable age and discretion then residing in the defendant's usual place of above |
|---|---|

| ADDRESS (Complete only if different than shown above) | DATE OF SERVICE<br>3/10/10 | TIME OF SERVICE<br>3:51 | ☐ AM<br>☑ PM |
|---|---|---|---|

SIGNATURE, TITLE AND TREASURY AGENCY
DeShanna Greenhill

REMARKS: Attempted via certified mail. Please see attached copy of envelope and USPS tracking showing attempted service.

TD F 90-22.48 (6/96)

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 1300 0000 4552 3859**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 12:28 PM on February 11, 2010 in BIRMINGHAM, AL 35203.

Detailed Results:

- **Delivered, February 11, 2010, 12:28 pm, BIRMINGHAM, AL 35203**
- **Unclaimed, February 04, 2010, 10:09 am, MOBILE, AL**
- **Notice Left, January 16, 2010, 12:06 pm, ZIP Code 36995**

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. 

---

**Track & Confirm**

Enter Label/Receipt Number.

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Custome Gatew.

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

UNCLAIMED

Chad Cox
2541 Bluebird Lane
Mobile, AL 36695

7008 1300 0000 4552 3859

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:09-CV-02599-RDP |
| | ) | |
| $7,002.00 IN UNITED STATES, | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF COMPLAINT FOR FORFEITURE

*TO:*   *Chad Cox*
*2541 Bluebird Lane*
*Mobile, AL 36695*

On December 29, 2009, the United States of America filed a civil complaint in the United States District Court for the Northern District of Alabama seeking forfeiture of the named defendant property under 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C).  The complaint alleges that, for the causes stated in the complaint, said property is subject to forfeiture to the United States.

In order to avoid forfeiture of the property, any person asserting an interest in the defendant property must file a verified claim identifying that interest in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure.  Such claims must be filed not later than 35 days after the date the complaint and notice were sent,

as shown below. A claim filed by a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so. In addition, any person having filed such a verified claim shall also file an answer to the complaint or a motion under Federal Rule of Civil Procedure 12 not later than 20 days after the filing of the statement.

Claims should be filed with the Office of the Clerk, United States District Court for the Northern District of Alabama, Room 140, U.S. Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama 35203, with a copy thereof sent to Special Assistant United States Attorney Davis A. Barlow, 1801 Fourth Avenue North, Birmingham, Alabama 35203.

Sent this 13th day of January 2010.

Respectfully submitted,

JOYCE WHITE VANCE
United States Attorney
Northern District of Alabama

DAVIS A. BARLOW
Special Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
(205)244-2134

2

FILED

2009 Dec-30  AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA


# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| $7,002.00 IN UNITED STATES, | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## **VERIFIED COMPLAINT FOR FORFEITURE IN REM**

Comes now the United States of America, by and through its counsel, Joyce White Vance, United States Attorney for the Northern District of Alabama, and Davis A. Barlow, Special Assistant United States Attorney, and respectfully presents to this Court the following:

1.  That this is a civil action for the forfeiture of $7,002.00 in United States Currency (hereinafter "Defendant Currency") pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C) for violations of 18 U.S.C. § 1956(a)(2)(A) and 18 U.S.C. 1084(a), respectively.

2.  That this Court has jurisdiction over this subject matter pursuant to 28 U.S.C. §§ 1345 and 1355(a).

3.  That this Court has *in rem* jurisdiction over the Defendant Currency

pursuant to 28 U.S.C. §§ 1355(b) and (d).

4. That this Court has venue over this action pursuant to 28 U.S.C. §§ 1355 and 1395(a) and (b).

5. That an investigation conducted by the United States Secret Service (USSS), has revealed the following:

(a)    On or about September 17, 2004, Chad Cox and Courtney Cox opened Regions Bank account number ****1757 at the Regions' Riverchase Branch in Birmingham, Alabama.   Chad Cox and Courtney Cox are the co-owners of the account.

(b)    On or about July 20, 2009, Chad Cox received a wire transfer into the Regions Bank account number ****1757.  The wire transfer was from an entity named Sphene International Limited (hereinafter "Sphene"), located in Gibraltar, a self-governing British overseas territory, and was in the amount of $7,002.00.

(c)    In November 2009, the USSS became aware of the wire transfer and initiated an investigation.

(d)    During the course of the investigation, the USSS determined that Sphene, located in Gibraltar, is a company operating outside of the United States which is connected with and involved in the business of internet gambling. Specifically it was determined that Sphene is or has been involved in transferring

2

funds for on-line poker websites.

(e)     On Tuesday, November 3, 2009, a federal seizure warrant was executed on Regions Bank account number ****1757, resulting in the seizure of the Defendant Currency.

6.      The Defendant Currency represents proceeds of violations of 18 U.S.C. § 1084(a), unlawful transmission of wagering information, and is therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

7.      The Defendant Currency represents property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956(a)(2)(A), and is therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

8.      That the Defendant Currency is within the jurisdiction of the United States District Court for the Northern District of Alabama.

9.      That the names and addresses of possible claimants known to the Plaintiff are as follows:

Chad Cox                              Chad Cox and Courtney Cox
c/o Edward L. Hardin, Jr.             2541 Bluebird Lane
William J. Long, IV                   Mobile, AL 36695
Burr & Forman, LLP
420 N. 20th St., Suite 3400
Birmingham, AL 35203

Chad Cox and Courtney Cox
371 Country Hills Lane
Sterrett, AL 35147

WHEREFORE, the Plaintiff requests that due notice issue to enforce the forfeiture and to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed; and requests that the Defendant Currency be condemned and forfeited to the United States of America for a disposition according to law; and for such other and further relief as this Court may deem just and proper.

JOYCE WHITE VANCE
United States Attorney

DAVIS A. BARLOW
Special Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2134

4

# VERIFICATION

I, ZURI V. STOKES, am a Special Agent for the United States Secret Service (USSS), and the agent assigned the responsibility for this case.

I have read the contents of the foregoing Complaint for Forfeiture *In Rem*, and the statements contained therein are true to the best of my knowledge and belief, and I base my knowledge for this verification of the Complaint for Forfeiture *In Rem* on the following:

>  (a)  Information given to me by other law enforcement officers who have participated in the investigation of Chad Cox, Sphene International Limited and the seizure of the Defendant Currency;

>  (b)  My participation in the investigation of Chad Cox, Sphene International Limited and the seizure of the Defendant Currency in this action;

>  (c)  My experience in investigations of illegal wire transfers and the experience of other law enforcement officers related to illegal wire transfers.

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this   17   day of December, 2009.

ZURI V. STOKES
Special Agent
United States Secret Service



DEPARTMENT OF THE TREASURY
*Federal Law Enforcement Agencies*
### *PROCESS RECEIPT AND RETURN*

| Plaintiff<br>**United States of America** | Court Case Number<br>2:09-CV-02599-RDP |
|---|---|
| Defendants<br>$7,002.00 in United States Currency | Type of Process<br>Notice/Complaint |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>Chad Cox, c/o Edward L. Hardin, Jr., William J. Long, IV, Burr & Forman, LLP |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>420 N. 20th Street, Suite 3400, Birmingham, AL 35203 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
|---|---|---|
| Joyce White Vance, U.S. Attorney<br>James D. Ingram, AUSA<br>1801 4th Avenue North<br>Birmingham, AL 35203 | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available for Service)
CATS# 10-USS-000086

Please serve on individual listed above via certified mail.  Please return one signed copy to SAUSA Barlow.

| Signature of Attorney or other Originator requesting service on behalf of ( √ ) Plaintiff<br>( ) Defendant<br>*Davis A. Barlow, SAUSA* | Telephone No.<br>205-244-2134 | Date<br>1/14, 10 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated | District of Origin No ____ | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | | DATE |
|---|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [✓] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC , AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE | [ ] A person of suitable age and discretion then residing in the defendant's usual place of above |
|---|---|

| ADDRESS. (Complete only if different than shown above) | DATE OF SERVICE<br>3/10/10 | TIME OF SERVICE<br>3:53 | [ ] AM<br>[✓] PM |
|---|---|---|---|
| | SIGNATURE, TITLE AND TREASURY AGENCY *DiShanna Greenhill* | | |

REMARKS: **Service Completed via certified mail. Please see attached Certified mail receipt.**

TD F 90-22.48 (6/96)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chad Cox
c/o Edward L. Hardin, Jr.
William J. Long, IV
Burr & Forman, LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Beverly Sieurs* ☑ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

*Beverly S. Sievers*   1-16-10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7008 1300 0000 4552 3842

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:09-CV-02599-RDP |
| | ) | |
| $7,002.00 IN UNITED STATES, | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF COMPLAINT FOR FORFEITURE

*TO:*   *Chad Cox*
       *c/o Edward L. Hardin, Jr.*
       *William J. Long, IV*
       *Burr & Forman, LLP*
       *420 N. 20th Street, Suite 3400*
       *Birmingham, AL 35203*

On December 29, 2009, the United States of America filed a civil complaint in the United States District Court for the Northern District of Alabama seeking forfeiture of the named defendant property under 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C). The complaint alleges that, for the causes stated in the complaint, said property is subject to forfeiture to the United States.

In order to avoid forfeiture of the property, any person asserting an interest in the defendant property must file a verified claim identifying that interest in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. Such claims must be filed not later than 35 days after the date the complaint and notice were sent, as shown below. A claim filed by a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so. In addition, any person having filed such a verified claim shall also file an answer to the complaint or a motion under Federal Rule of Civil Procedure 12 not later than 20 days after the filing of the statement.

Claims should be filed with the Office of the Clerk, United States District Court for the Northern District of Alabama, Room 140, U.S. Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama 35203, with a copy thereof sent to Special Assistant United States Attorney Davis A. Barlow, 1801 Fourth Avenue North, Birmingham, Alabama 35203.

Sent this 13th day of January 2010.

Respectfully submitted,

JOYCE WHITE VANCE
United States Attorney
Northern District of Alabama

DAVIS A. BARLOW
Special Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
(205)244-2134

2

FILED

2009 Dec-30 AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| $7,002.00 IN UNITED STATES, | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## **<u>VERIFIED COMPLAINT FOR FORFEITURE IN REM</u>**

Comes now the United States of America, by and through its counsel, Joyce White Vance, United States Attorney for the Northern District of Alabama, and Davis A. Barlow, Special Assistant United States Attorney, and respectfully presents to this Court the following:

1. That this is a civil action for the forfeiture of $7,002.00 in United States Currency (hereinafter "Defendant Currency") pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C) for violations of 18 U.S.C. § 1956(a)(2)(A) and 18 U.S.C. 1084(a), respectively.

2. That this Court has jurisdiction over this subject matter pursuant to 28 U.S.C. §§ 1345 and 1355(a).

3. That this Court has *in rem* jurisdiction over the Defendant Currency

pursuant to 28 U.S.C. §§ 1355(b) and (d).

4. That this Court has venue over this action pursuant to 28 U.S.C. §§ 1355 and 1395(a) and (b).

5. That an investigation conducted by the United States Secret Service (USSS), has revealed the following:

(a)    On or about September 17, 2004, Chad Cox and Courtney Cox opened Regions Bank account number ****1757 at the Regions' Riverchase Branch in Birmingham, Alabama.   Chad Cox and Courtney Cox are the co-owners of the account.

(b)    On or about July 20, 2009, Chad Cox received a wire transfer into the Regions Bank account number ****1757.  The wire transfer was from an entity named Sphene International Limited (hereinafter "Sphene"), located in Gibraltar, a self-governing British overseas territory, and was in the amount of $7,002.00.

(c)    In November 2009, the USSS became aware of the wire transfer and initiated an investigation.

(d)    During the course of the investigation, the USSS determined that Sphene, located in Gibraltar, is a company operating outside of the United States which is connected with and involved in the business of internet gambling. Specifically it was determined that Sphene is or has been involved in transferring

2

funds for on-line poker websites.

(e)     On Tuesday, November 3, 2009, a federal seizure warrant was executed on Regions Bank account number ****1757, resulting in the seizure of the Defendant Currency.

6.     The Defendant Currency represents proceeds of violations of 18 U.S.C. § 1084(a), unlawful transmission of wagering information, and is therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

7.     The Defendant Currency represents property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956(a)(2)(A), and is therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

8.     That the Defendant Currency is within the jurisdiction of the United States District Court for the Northern District of Alabama.

9.     That the names and addresses of possible claimants known to the Plaintiff are as follows:

Chad Cox                                    Chad Cox and Courtney Cox
c/o Edward L. Hardin, Jr.           2541 Bluebird Lane
William J. Long, IV                    Mobile, AL 36695
Burr & Forman, LLP
420 N. 20th St., Suite 3400
Birmingham, AL 35203

Chad Cox and Courtney Cox
371 Country Hills Lane
Sterrett, AL 35147

WHEREFORE, the Plaintiff requests that due notice issue to enforce the

forfeiture and to give notice to all interested parties to appear and show cause why the

forfeiture should not be decreed; and requests that the Defendant Currency be

condemned and forfeited to the United States of America for a disposition according

to law; and for such other and further relief as this Court may deem just and proper.

                            JOYCE WHITE VANCE
                            United States Attorney


                            DAVIS A. BARLOW
                            Special Assistant United States Attorney
                            1801 Fourth Avenue North
                            Birmingham, Alabama 35203
                            (205) 244-2134

4

# VERIFICATION

I, ZURI V. STOKES, am a Special Agent for the United States Secret Service (USSS), and the agent assigned the responsibility for this case.

I have read the contents of the foregoing Complaint for Forfeiture *In Rem*, and the statements contained therein are true to the best of my knowledge and belief, and I base my knowledge for this verification of the Complaint for Forfeiture *In Rem* on the following:

> (a)  Information given to me by other law enforcement officers who have participated in the investigation of Chad Cox, Sphene International Limited and the seizure of the Defendant Currency;

> (b)  My participation in the investigation of Chad Cox, Sphene International Limited and the seizure of the Defendant Currency in this action;

> (c)  My experience in investigations of illegal wire transfers and the experience of other law enforcement officers related to illegal wire transfers.

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this __17__ day of December, 2009.


ZURI V. STOKES
Special Agent
United States Secret Service

5