IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:09-CV-02599-RDP |
| ) | |
| $7,002.00 IN UNITED STATES, ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 23, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 8, 2010 at Birmingham, AL.

*/s/ Davis A. Barlow*
DAVIS A. BARLOW
Special Assistant United States Attorney

Attachment 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION
COURT CASE NUMBER: 2:09-CV-02599-RDP; NOTICE OF FORFEITURE ACTION

Pursuant to 18 USC 981 , the United States filed a verified Complaint for Forfeiture against the following property:

$7,002.00 U.S. Currency (10-USS-000086), which was seized from Regions Bank on November 03, 2009 at 1900 5th Avenue North, Suite 300, located in Birmingham, AL

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (January 23, 2010) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, Hugo L. Black District Courthouse, 1729 Fifth Avenue North, Birmingham, AL  35203, and copies of each served upon Davis A. Barlow, 1801 4th Avenue North, Birmingham, AL  35203, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 23, 2010 and February 21, 2010. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Cox, Chad & Courtney

**Court Case No:** 2:09-CV-02599-RDP
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/23/2010 | 22.4 | Verified |
| 2 | 01/24/2010 | 22.5 | Verified |
| 3 | 01/25/2010 | 22.7 | Verified |
| 4 | 01/26/2010 | 23.6 | Verified |
| 5 | 01/27/2010 | 23.6 | Verified |
| 6 | 01/28/2010 | 23.6 | Verified |
| 7 | 01/29/2010 | 23.6 | Verified |
| 8 | 01/30/2010 | 23.6 | Verified |
| 9 | 01/31/2010 | 23.6 | Verified |
| 10 | 02/01/2010 | 23.6 | Verified |
| 11 | 02/02/2010 | 23.6 | Verified |
| 12 | 02/03/2010 | 23.6 | Verified |
| 13 | 02/04/2010 | 23.6 | Verified |
| 14 | 02/05/2010 | 23.6 | Verified |
| 15 | 02/06/2010 | 23.6 | Verified |
| 16 | 02/07/2010 | 23.6 | Verified |
| 17 | 02/08/2010 | 23.6 | Verified |
| 18 | 02/09/2010 | 23.5 | Verified |
| 19 | 02/10/2010 | 23.6 | Verified |
| 20 | 02/11/2010 | 23.6 | Verified |
| 21 | 02/12/2010 | 23.6 | Verified |
| 22 | 02/13/2010 | 23.6 | Verified |
| 23 | 02/14/2010 | 23.6 | Verified |
| 24 | 02/15/2010 | 23.6 | Verified |
| 25 | 02/16/2010 | 23.6 | Verified |
| 26 | 02/17/2010 | 23.6 | Verified |
| 27 | 02/18/2010 | 23.6 | Verified |
| 28 | 02/19/2010 | 23.6 | Verified |
| 29 | 02/20/2010 | 22.4 | Verified |
| 30 | 02/21/2010 | 23.6 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.