# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| United States of America <br>         Plaintiff <br> v. <br> Currency <br>         Defendant | Case Number: 2:09cv2599-RDP |

## ENTRY OF DEFAULT

      Upon verified application of counsel for the plaintiff and the records of this court reflecting that more than twenty-one (21) days have elapsed since potential claimants, Chad Cox and Courtney Cox, were duly served and that the potential claimants, Chad Cox and Courtney Cox, have failed to answer or otherwise plead to the complaint;

      It is ADJUDGED that the potential claimants, Chad Cox and Courtney Cox, are in default and that the plaintiff, United States of America , have and recover of the potential claimants such sum as the plaintiff shall prove to the Court, together with costs.

      DONE on April 9, 2010.

                                            SHARON N. HARRIS, CLERK

                                          By:_____K. Miller_____
                                                   Deputy Clerk