# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** }<br>}<br>**Plaintiff,** }<br>}<br>v. }<br>}<br>**$7,002.00 IN UNITED STATES** }<br>**CURRENCY,** }<br>}<br>**Defendant.** } | **Case No.: 2:09-CV-2599-RDP** |

## ORDER

This case is before the court on Plaintiff's Motion for Default Judgment Final Order of Forfeiture (Doc. #7), filed April 27, 2010. The court, being fully advised of the premises, finds that Plaintiff has furnished due and legal notice of this proceeding as required by statute, that all persons known to Plaintiff with a possible interest in Defendant Currency received personal service of the Verified Complaint for Forfeiture *in Rem* and Notice, and that Plaintiff caused public notice of the action and arrest to be given by publishing a Notice of Forfeiture Action, beginning on January 23, 2010, on an official Internet site (www.forfeiture.gov). No claims to Defendant Currency were filed, and the time for filing claims and answers has now expired.

There being no just reason for delay in entering a final order and pursuant to Federal Rule of Civil Procedure 55(b)(2), Plaintiff's Motion (Doc. #7) is **GRANTED**, and the court **ORDERS** as follows:

    1.    Final Judgment of Forfeiture is hereby **ENTERED** in favor of Plaintiff, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C).

  2. All persons claiming any right, title, or interest to Defendant Currency are held in default.

  3. Plaintiff has clear title to said Defendant Currency, and no property rights exist therein except as set out in this Order.

  4. Defendant Currency **SHALL** be disposed of by the United States Secret Service according to law.

  **DONE** and **ORDERED** this  28th  day of April, 2010.

              _____
               **R. DAVID PROCTOR**
               UNITED STATES DISTRICT JUDGE